UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN OFFICE

| | |
|---|---|
| TERESA GRANT ) | |
| ) | |
| Plaintiff ) | CIVIL ACTION NO.: |
| ) | |
| V. ) | 3:09-CV-1522 (PCD) |
| ) | |
| WELLS FARGO HOME MORTGAGE, INC. ) | |
| D/B/A AMERICA'S SERVICING ) | |
| COMPANY, INC. ) | |
| ) | |
| Defendant ) | SEPTEMBER 13, 2011 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), the parties to this action jointly stipulate to the dismissal of this action with prejudice. Pursuant to the terms of the parties' settlement, neither party shall be deemed to have prevailed in this action. Each party shall bear their own attorneys fees and costs of this litigation.

-2-

_____
Houston Putnam Lowry, Esq.
Counsel for Teresa Grant
Brown & Welsh, P.C.
530 Preston Avenue 2nd Floor
P.O. Box 183
Meriden, CT 06450-0183
(203) 235-1651
Fax: (203) 235-9600
HPLowry@BrownWelsh.com
Federal Bar #CT-05955


     /s/
_____
David M. Bizar, Esq.
Counsel for Wells Fargo Bank,
    N.A., successor by merger
    to Wells Fargo Home
    Mortgage, Inc. D/B/A
    America's Servicing
    Company
Seyfarth Shaw LLP
Two Seaport Lane - Suite 300
Boston, MA 02210
(617) 946-4874
Fax: (617) 790-5368
Federal Bar #CT-20444

## CERTIFICATE OF SERVICE

    I hereby certify that on November 4, 2011, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

David M. Bizar, Esq.
Seyfarth Shaw LLP
Two Seaport Lane - Suite 300
Boston, MA 02210

Hon. Peter C. Dorsey
Senior United States District Judge
United States District Court
141 Church Street
New Haven, Connecticut 06510

David E. Schancupp, Esq.
Law Office of David E. Schancupp
900 Chapel Street, #1225
P.O. Box 1199
New Haven, Connecticut 06505-1199
**ALSO VIA FAX: (203) 787-3124**

                                  Houston Putnam Lowry